UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROWN,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Case No.: 1:19-cv-01755-JLT (PC)<br><br>**ORDER TO RE-SUBMIT MOTION<br>TO PROCEED *IN FORMA PAUPERIS***<br><br>30-DAY DEADLINE |

Plaintiff Gregory Brown filed a motion to proceed *in forma pauperis* on December 16, 2019. (Doc. 2.) However, the motion did not include a statement of all assets Plaintiff possesses, which is required under 28 U.S.C. § 1915(a)(1). Accordingly, the Court orders:

1. The Clerk's Office shall send Plaintiff the standard application to proceed *in forma pauperis*.
2. **Within 30 days** of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed.

IT IS SO ORDERED.

    Dated:   **December 27, 2019**                **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE