UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>S. LAKE,<br><br>        Defendants. | Case No. 1:19-cv-01755-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>21-DAY DEADLINE |

    On May 4, 2020, the Court issued a screening order directing Plaintiff, within 21 days, to file a first amended complaint curing the deficiencies identified in its order. (Doc. 9.) Although more than the allowed time has passed, Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order.

    The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with … any order of the Court may be grounds for the imposition by the Court of any and all sanctions … within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a

court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, **within 21 days** of the date of service of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for his failure to comply with the Court's order. Alternatively, within that same time, Plaintiff may file a first amended complaint curing the deficiencies identified in the Court's screening order (Doc. 9) or a notice of voluntary dismissal of this case.

IT IS SO ORDERED.

Dated: **June 8, 2020**                         /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE